of Massachusetts denied. *Mr. Joseph Larocque* for petitioner. *Messrs. Jay R. Benton*, Attorney General of Massachusetts, and *Alexander Lincoln* for respondent.

---

No. 599. AARON T. BLISS, CLERK OF MIDLAND COUNTY, ET AL. *v.* JAMES C. GRAVES AND CLIFFORD G. OLMSTEAD. November 1, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. Gilbert A. Curry* for petitioners. *Mr. Frank A. Rockwith* for respondents.

---

No. 600. CENTRAL NATIONAL BANK OF MARIETTA, OHIO, AS ADMINISTRATOR DE BONIS NON OF THE ESTATE OF HARRY B. HULINGS, DECEASED, *v.* COMMODORE D. DODSON. November 1, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Ohio denied. *Messrs. Lowrie C. Barton* and *Edward B. Follett* for petitioner. No appearance for respondent.

---

No. 602. WARREN O. WATSON, TRUSTEE IN BANKRUPTCY ET AL. *v.* J. HALL LEBLANC, BANKRUPT. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Joseph A. Loret* for petitioners. No appearance for respondent.

---

No. 391. UNITED STATES EX REL. JULIO E. ROMAN CHECA *v.* GEORGE E. WILLIAMS, SHERIFF. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. J. Waguespack* for petitioner. No appearance for respondent.

---

No. 548. WILLIAM A. ZEIDLER *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari